lmv

15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
SOUTHERN PACIFIC TRANSPORTATION    *
   COMPANY                         *
                                   *
VS                                 *   C.A. B97 269
                                   *
NAUTILUS INSURANCE CO.             *
```

## O R D E R

Before this Court are the parties' Cross-Motions for Summary Judgment. Both parties apparently agree that there are no material facts in dispute.

It is therefore **ORDERED** that the parties submit for this Court's consideration the following on or before **November 5, 1998**:

(1) A joint stipulations of facts,

(2) Agreed propositions of law, and

(3) Disputed propositions of law.

DONE at Brownsville, Texas, this 13 day of October, 1998.

_____
Hilda G. Tagle
United States District Judge