IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| SOUTHERN PACIFIC TRANSPORTATION COMPANY | § | |
|---|---|---|
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-269 |
| | § | |
| NAUTILUS INSURANCE CO. | § | |

### AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME

On this day, came on to be considered Plaintiff's and Defendant's Joint Motion for Extension of Time filed in the above-entitled and numbered case. The Court, having considered the Motion, is of the opinion that it should be granted. It is therefore

ORDERED that the Joint Motion for Extension of Time be, and the same is hereby granted. It is further

ORDERED that the parties shall submit for this Court's consideration the following on or before December 7, 1998:

(1) A joint stipulation of facts;

(2) Agreed propositions of law; and

(3) Disputed propositions of law.

DONE this 5 day of November, 1998, at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

*AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME*                                                   PAGE 1

```
CASE:      1:98-cv-00094
DOCUMENT:  7
DATE:      11/09/98

CLERK:     og
```

7

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JACK Q. JONES, | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-094 |
| | * | |
| BERT ROBINSON, PHYLLIS | * | |
| ROBINSON, and FEDERAL EXPRESS | * | |
| CORPORATION, | * | |
|     Defendants | * | |

### ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE

CAME ON this day the Motion to Admit Attorney Pro Hac Vice filed herein by Defendant Federal Express Corporation, and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant Federal Express Corporation's Motion to Admit Attorney Pro Hac Vice be GRANTED and R. Jeffrey Kelsey is hereby permitted to practice before this Court.

SIGNED for entry this 2ᴺᴰ day of October, 1998.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE