AO 85 (Rev. 10/93) Consent to Exercise of Jurisdiction

# UNITED STATES DISTRICT COURT
SOUTHERN District of TEXAS

SOUTHERN PACIFIC TRANSPORTATION COMPANY

Plaintiff

v.

NAUTILUS INSURANCE CO.

Defendant

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

Case Number: B-97-269

United States District Court
Southern District of Texas
ENTERED
NOV 19 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| NORTON A. COLVIN, JR. | 11/3/98 |
| THOMAS W. DUESLER | 11/3/98  11-12-98 |

Unless otherwise indicated below, any appeal shall be taken to the United States court of appeals for this circuit, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ELECTION OF APPEAL TO A UNITED STATES DISTRICT JUDGE

(DO NOT EXECUTE THIS PORTION OF THE FORM IF THE PARTIES DESIRE THAT THE APPEAL LIE DIRECTLY TO THE COURT OF APPEALS.)

The parties in this case further consent, by signing below, to take any appeal to a United States district judge, in accordance with 28 U.S.C. 636(c)(4) and Fed.R.Civ.P. 73(d).

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable JOHN WILLIAM BLACK, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

11/19/98
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.