lmv

*19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

SOUTHERN PACIFIC TRANSPORTATION   *
COMPANY

VS                                *   C.A. NO. B97 269
                                      (636(c))

NAUTILUS INSURANCE COMPANY        *

## ORDER SETTING STATUS CONFERENCE

A **status conference** in above-captioned and numbered cause of action is hereby set for **Thursday, January 21, 1999, at 1:30 p.m.**

DONE at Brownsville, Texas, this **17th** day of **December, 1998.**

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520