20

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

FEB 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHERN PACIFIC | * | |
| TRANSPORTATION COMPANY | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-97-269 |
| NAUTILUS INSURANCE COMPANY | * | (636(c)) |

## O R D E R

On January 21, 1999, a Status Conference was held with Norton Colvin and Elizabeth Tipton appearing for Plaintiff and Thomas V. Duesler appearing for Defendant.

A Joint Pretrial Order will be submitted by October 15, 1999. A Final Pretrial and Settlement Conference is set for October 22, 1999 at 2:00 p.m. Trial on the merits is set for November 5, 1999 at 9:00 a.m.

IT IS SO ORDERED.

Done at Brownsville, Texas, this 21st day of January, 1999.

_____
John Wm. Black
United States Magistrate Judge