```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

MAR 01 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

SOUTHERN PACIFIC TRANSPORTATION *
COMPANY

    VS                                               *    C.A. NO. B97 269
                                                                             (636(c))

NAUTILUS INSURANCE CO.         *

## ORDER SETTING HEARING
## ON PENDING MOTIONS

     A hearing on pending motions in above-captioned and numbered cause of action is hereby set for Thursday, March 11, 1999, at 1:30 p.m.

     DONE at Brownsville, Texas, this 1st day of March, 1999.

```
                              John Wm. Black
                              United States Magistrate Judge
                              2nd Floor, Courtroom No. 2
                              1001 E. Elizabeth
                              Brownsville, TX  78520
                              956/548-2570
```