

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY § § § | |
| VS. § | CIVIL ACTION NO. B-97-269 |
| § § | |
| NAUTILUS INSURANCE COMPANY § | |

TYPE OF CASE:    __X__ CIVIL         ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** **500 E. 10TH STREET** **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **MARCH 11, 1999 AT 1:30 P.M.** | **MARCH 31, 1999 AT 2:00 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 4, 1999

TO:    MR. JAIME A. SAENZ
       MR. THOMAS W. DUESLER