28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-269 |
| NAUTILUS INSURANCE COMPANY | § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**MARCH 31, 1999 AT 2:00 P.M.**

CONTINUED TO DATE AND TIME:

**APRIL 6, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 25, 1999

TO:   MR. JAIME A. SAENZ
      MR. THOMAS W. DUESLER