SENT BY:XEROX 7033       ; 9-14-99 ; 2:25PM ;    FIGARI & DAVENPORT→         9565482598;# 2/ 2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY § § § | |
| VS. § | CIVIL ACTION NO. B-97-269 |
| NAUTILUS INSURANCE COMPANY § § | |

TYPE OF CASE:   __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE of the following ruling:**

**ALL PENDING SETTINGS ARE HEREBY PASSED**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 3, 1999

TO:     MR. JAIME A. SAENZ
        MR. THOMAS W. DUESLER

ClibPDF - www.fastio.com