42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY | § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-269 |
| NAUTILUS INSURANCE COMPANY | § § | |

## ORDER

Before the Court is Plaintiff Nautilus Insurance Company's Motion for Summary Judgment and Defendant Southern Pacific Transportation's Motion for Summary Judgment in the above-referenced cause of action. After a complete review of the pleadings, evidence and arguments filed by both parties, it is the opinion of this Court that the Plaintiff's Motion for Summary Judgment be **GRANTED** in its entirety and the Defendant's Motion for Summary Judgment be **DENIED**.

Done in Brownsville, Texas, on this 16TH day of DECEMBER 1999.

John Wm. Black
United States Magistrate Judge