

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-**

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY | § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-269 |
| NAUTILUS INSURANCE COMPANY | § § | |

## ORDER NUNC PRO TUNC

The order entered on December 16, 1999, inadvertently referred to Southern Pacific Transportation Company as the defendant and Nautilus Insurance Company as the Plaintiff. The following Order is entered to correct this error:

Before the Court is Plaintiff Southern Pacific Transportation's Motion for Summary Judgment and Defendant Nautilus Insurance Company's Motion for Summary Judgment in the above-referenced cause of action. After a complete review of the pleadings, evidence and arguments filed by both parties, it is the opinion of this Court that the Plaintiff's Motion for Summary Judgment be **GRANTED** in its entirety and the Defendant's Motion for Summary Judgment be **DENIED**.

Done in Brownsville, Texas, on this ___4___ day of ___J A N___ 2000.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com