44

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

January 12, 2000

United States District Court
Southern District of Texas
FILED

JAN 1 2 2000

Michael N. Milby
Clerk of Court

Mr. Jaime Saenz
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520

Mr. Thomas W. Duesler
Harris, Lively & Duesler, L.L.P.
550 Fannin, Suite 650
Beaumont, TX 77701

      Re: Civil Action No. B-97-269
           Southern Pacific Transportation Company
           vs. Nautilus Insurance Company

Counselors:

     I suspect that the next step in this case is a determination of the liability Nautilus has for any damages arising out of its failure to defend. No doubt you are aware that the Fifth Circuit has certified a question to the Texas Supreme Court which may have a bearing on these issues. Cf. *Federated Mutual Insurance Company v. Grapevine Excavation, Inc. v. Maryland Lloyds*, 5th Cir., December 1, 1999, 43 Tex. S.Ct. Journal 190.

                                     Very truly yours,

                                       John Wm. Black
                                       United States Magistrate Judge

JWB:pt