48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY | § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-97-269 |
| NAUTILUS INSURANCE CO. | § § | |

## ORDER SETTING HEARING ON
## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT,
## MOTION TO SEVER AND MOTION FOR FINAL SUMMARY JUDGMENT

On this day came on for consideration Plaintiff Southern Pacific Transportation Company's Motion for Leave to File Amended Complaint, Motion to Sever and Motion for Final Summary Judgment and the Court is of the opinion that said Motions should be set for hearing. It is accordingly ORDERED that Plaintiff Southern Pacific Transportation Company's Motion for Leave to File Amended Complaint, Motion to Sever and Motion for Final Summary Judgment are hereby, set for hearing on the 11TH day of MAY, 2000 at 1:30 o'clock P.m. before the Honorable United States Magistrate John William Black.

SIGNED this 6T day of APRIL, 2000 in Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE