53

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

MAY 16 2000

Michael N. Milby
Clerk of Court

By: [signature]

| | | |
|---|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-269 |
| NAUTILUS INSURANCE COMPANY | § § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT , MOTION TO SEVER AND MOTION FOR FINAL SUMMARY JUDGMENT**
(WILL NOT BE NECESSARY IS ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JUNE 29, 2000 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 16, 2000

TO:     MR. JAIME SAENZ
        MR. THOMAS DUESLER