55

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY § § § | |
| VS. § | CIVIL ACTION NO. B-97-269 |
| NAUTILUS INSURANCE COMPANY § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

(WILL NOT BE NECESSARY IS ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 4, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 28, 2000

TO:     MR. JAIME SAENZ
        MR. THOMAS DUESLER