56

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN PACIFIC TRANSPORTATION COMPANY | § § § | C.A. NO. B-97-269 |
| VS. | § § | |
| NAUTILUS INSURANCE CO. | § § | |

## FINAL JUDGMENT

This Court, having jurisdiction over the subject matter and parties to this action and having received an announcement from all parties to this case that all matters in controversy have been settled, the Court hereby enters the Final Judgment as follows:

It is ORDERED, ADJUDGED AND DECREED that Southern Pacific Transportation Company, Plaintiff, do have and take nothing from Nautilus Insurance Company, Defendant. It is further ORDERED that Defendant, Nautilus Insurance Company shall have and take nothing against Plaintiff, Southern Pacific Transportation Company by way of its counter-claim filed herein. All taxable costs of court will be assessed against the parties incurring same. All relief not granted herein is hereby DENIED.

SIGNED this 2ND day of AUGUST, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_____
NORTON A. COLVIN, JR.
ATTORNEY FOR PLAINTIFF,
SOUTHERN PACIFIC TRANSPORTATION
CO.

_____
THOMAS W. DUESLER
ATTORNEY FOR DEFENDANT,
NAUTILUS INSURANCE CO.

2